**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1850**

---

ROSALIND GREENE,

Plaintiff - Appellant,

versus

INOVA HEALTH SYSTEM SERVICES,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:05-cv-01400-LMB)

---

Submitted: February 22, 2007        Decided:  February 27, 2007

---

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michele S. Bellizaire, Manassas, Virginia, for Appellant.  Stephen W. Robinson, Sarah A. Belger, MCGUIREWOODS, LLP, McLean, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosalind Greene appeals the district court's order dismissing her employment discrimination action pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Greene v. Inova Heath Sys.</u>, No. 1:05-cv-01400-LMB (E.D. Va. June 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>